**JAMES T. MORIARTY ESQ.**
110 East 59th St. 22nd Fl
New York, N.Y. 10022
Tel. [646] 293-4601
Fax [646] 293-4606
e-mail-jm@jmorlaw.com

ORDER *

RECEIVED
JUL 0 9 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**BY FAX [609]- 989-0451**

July 9, 2014

Magistrate Judge Douglas E. Alpert
Clarkson S. Fisher Federal Courthouse
402 East State Street   RM 100
Trenton, N.J. 08608

Re: U.S. v. Rubin
Mag. No. ~~14-2514 [DEA]~~
14-2515 (DEA)

Dear Judge Arpert,

   I write concerning my client Chaimn Rubin who has requested that he be permitted to travel for a ten day period from his home in Lakewood New Jersey to his relative homes in Fallsburg, New York which is a location about an hour from New York City. He and his family and particularly his wife have been under tremendous stress lately and this brief time away would be very beneficial to all concerned.

   If permitted to travel he would be staying from July 11 th– July 14 th at his parent's house at 370 Laurel Ave Unit D, Fallsburg, NY 12733 with a phone number of 347-248-9959. From July 14th - July 20th he would be staying at his brother – in- law's residence located at 45 Jericho Road also in Fallsburg. That phone number is 508-385-6273.

   Mr. Rubin has now been equipped with a GPS device which allows pre-trial to determine his precise location at any time rather then the prior device which only allowed for an alert if he left the confines of home confinement.

   I have left a message for government counsel AUSA Joseph Gribko and am awaiting a reply as of this writing to determine the government's position re this application.

1


Regards,

*[signature]*

James T. Moriarty

CC : AUSA Joseph Gribko   [609] 989-2275

**✻ ORDER**

Defendant's application is DENIED. Good cause does not exist to modify the existing conditions.

So Ordered

*[signature]* USMJ

7-10-14