## UNITED STATES DISTRICT COUT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable Douglas E. Arpert |
| | : Mag. No.: 14-2515 (DEA) |
| vs. | : |
| | : **ORDER FOR MODIFICATION** |
| CHAIM RUBIN | : **OF CONDITIONS OF BAIL** |

**THIS MATTER** having come before the Court on the application of defendant Chaim Rubin (by Stacy Ann Biancamano, Esq., Biancamano Law, L.L.C.) for modification of the conditions of bail; and the United States (by R. Joseph Gribko, Assistant United States Attorney) taking no position to the entry of the Order; and United States Pretrial Services (by Steven Casale, U.S. Pretrial Services Officer) having no objection to the religious observance on August 21, 2014 and August 22, 2014 attendance at the cemetery but objects thereto to the continued family Shabbos at the Stamford Plaza Hotel from August 22 through 24, 2014; and for good cause shown;

**IT IS** on this 20th day of August, 2014;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. Mr. Rubin be permitted to attend a religious observance beginning on August 21, 2014 through August 22, 2014 as follows:

    a. On August 22nd will be the 1st anniversary of the passing of Mr. Rubin's father-in-law. Upon the anniversary it's a religious custom to make a meal and go to the cemetery. The meal will take place on August 21st in the evening in a shul in Brooklyn. Rabbi Katz Shul, 5822 17th Ave., Brooklyn, NY. The next morning, August 22nd, Mr. Rubin would go to the cemetery, Floral Park Cemetery, 104 Deans Rhode Hall Road, South Brunswick, NJ. ~~Then from the cemetery the whole family is spending the shabbos in a hotel in honor of the deceased August 22, 23, 24, 2014 at the Stamford Plaza Hotel, 2701 Summer St., Stamford, CT.~~



2.  All other conditions previously imposed shall remain in effect.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge