**UNITED STATES DISTRICT COUT**
**DISTRICT OF NEW JERSEY**

RECEIVED
FEB 1 8 2015
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Douglas E. Arpert |
| | : | Mag. No.: 14-2515 (DEA) |
| vs. | : | |
| | : | **ORDER FOR MODIFICATION** |
| CHAIM RUBIN | : | **OF CONDITIONS OF BAIL** |

**THIS MATTER** having come before the Court on the application of defendant Chaim Rubin (by Stacy Ann Biancamano, Esq., Biancamano Law, L.L.C.) for modification of the conditions of bail; and the United States (by R. Joseph Gribko, Assistant United States Attorney) having no objection to the entry of the Order; and United States Pretrial Services (by Steven Casale, U.S. Pretrial Services Officer) having no objection to the removal of the requirement of electronic monitoring as a condition of Mr. Rubin's bail; and for good cause shown;

**IT IS** on this day of 18th day of February, 2015;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

**ORDERED** that the bail conditions for defendant Chaim Baruch Rubin be, and the same hereby are, modified so as to home detention with electronic monitoring to a daily curfew with electronic monitoring from 11:00 p.m. to 6:00 a.m. from his bail; and it is further

**ORDERED** that all other conditions of Mr. Rubin's bail shall remain in place.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge